*****THE DOCKET TEXT IS THE OFFICIAL ORDER OF

THIS COURT - NO ELECTRONIC DOCUMENT EXISTS

FOR THIS ENTRY*****